

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-094-CV

---

MARIA LOPEZ, INDIVIDUALLY, AS NEXT FRIEND OF RODOLFO PEREZ, A MINOR, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RODOLFO PEREZ, DECEASED, SALETA PEREZ, AND GUILLERMO PEREZ
APPELLANTS

V.

NICK YBARRA D/B/A N&S ACOUSTICS, GRUPO ZOCALO MANAGEMENT, LLC, BOXER PROPERTY FINANCIAL MANAGEMENT, LLC A/K/A BOXER PROPERTY MANAGEMENT CORPORATION, TOWN CENTER MALL, L.P., GRUPO ZOCALO, L.P., TOWN CENTER PROPERTY, L.L.C., AND LGP PROPERTY, L.L.C.
APPELLEES

----------

FROM THE 342nd DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On May 5, 2008, we notified appellants that the trial court clerk

---

[1] *See* TEX. R. APP. P. 47.4.

responsible for preparing the record in this appeal had informed this court that arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2).  *See* TEX. R. APP. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellants, within fifteen days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution.   Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.


PER CURIAM


PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  June 12, 2008